1

2

3

4

5

6                                    UNITED STATES DISTRICT COURT
                                    WESTERN DISTRICT OF WASHINGTON
7                                              AT TACOMA

8       VICTORIA BOWEN ,

9                       Plaintiff,

10              v.                                                Case No. C08-5050FDB

11      YOU TUBE, INC.,                                          ORDER DENYING SERVICE OF
                                                                 SUMMONS BY  U. S. MARSHAL
12                      Defendant.                               SERVICE

13              Plaintiff Bowen claims violation of her civil rights in that Defendant You Tube has violated

14      her intellectual property rights and free speech rights and that You Tube has not been effective in

15      carrying out its terms of usage.  The Court has discretion whether or not to order the U.S. Marshal

16      to serve a summons and complaint, and in this case the Court declines to order such service.

17              ACCORDINGLY, IT IS ORDERED: Plaintiff Bowen's Motion for U.S. Marshal To Serve

18      Summons and Complaint [Dkt. # 2] is DENIED.

19              DATED this 1st day of February, 2008.

20

21

22                                           FRANKLIN D. BURGESS
                                             UNITED STATES DISTRICT JUDGE
23

24

25

26      ORDER - 1