THE HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| Victoria S. Bowen, pro se, | No. C08-5050 FDB |
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| YouTube, Inc., | |
| Defendant. | |

**TO:**  All Parties and Their Counsel of Record

PLEASE TAKE NOTICE of the appearance in this litigation of defendant YouTube, Inc. by and through the undersigned counsel.  Copies of all documents and pleadings with regard to this litigation, with the exception of original process, are to be served on the undersigned counsel.

DATED:  February 22, 2008

s/ Albert Gidari, WSBA No. 18521
AGidari@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Defendant
YouTube, Inc.

NOTICE OF APPEARANCE (NO. C08-5050 FDB) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

41063-0001/LEGAL14003192.1

## CERTIFICATE OF SERVICE

On February 22, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the court using the CM/ECF system.

On February 22, 2008, I caused to be served on plaintiff pro se, Victoria S. Bowen, a copy of the foregoing Notice of Appearance, by U.S. Mail, postage prepaid, addressed as follows:

> Victoria S. Bowen
> 1306 Starlite Court SE
> Lacey, WA  98503-1933

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED:  February 22, 2008

s/ Albert Gidari, WSBA No. 18521
AGidari@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Defendant
YouTube, Inc.

NOTICE OF APPEARANCE  (NO. C08-5050 FDB) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

41063-0001/LEGAL14003192.1