# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICTORIA S. BOWEN | JUDGMENT IN A CIVIL CASE |
| v. | |
| YOU TUBE, INC. | CASE NUMBER: C08-5050FDB |

_____    **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  XX      **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1.  You Tube, Inc.'s Motion to Dismiss (Dkt. #14) is GRANTED and this cause of action is DISMISSED.

| | |
|---|---|
| April 15, 2008 | BRUCE RIFKIN |
| | Clerk |
| | |
| | s/ D. Forbes |
| | By, Deputy Clerk |